```
                   IN THE UNITED STATES DISTRICT COURT

                 FOR THE NORTHERN DISTRICT OF CALIFORNIA


PIPEFITTERS LOCAL 522 & 633 PENSION          No. 02-01486 CW
TRUST FUND, et al.,

          Plaintiffs,

     v.

JDS UNIPHASE CORPORATION ET AL,

          Defendants.
_____
CENTRAL STATES, SOUTHEAST AND                No. 07-00584 CW
SOUTHWEST AREAS PENSION FUND,
                                             ORDER FOR
          Plaintiff,                         CONSOLIDATION

     v.

JDS UNIPHASE CORPORATION, et al.,

          Defendants
_____/
```

    Pursuant to this Court's previous Order Granting Motion to Consolidate Related Actions and Preserve Documents and Scheduling Initial Pleadings and Motion Practice filed on August 2, 2002 (docket no. 82)(copy attached),

    IT IS HEREBY ORDERED that C-07-00584 CW, <u>Central State, Southeast and Southwest Areas Pension Fund v. JDS Uniphase</u>

1  Corporation, et al., is consolidated into Civil Action C-02-1486 CW
2  for all further proceedings.
3      IT IS FURTHER ORDERED that there appears to be no further
4  reason at this time to maintain C-07-0584 CW as an open case for
5  statistical purposes, and the Clerk is instructed to submit the JS-
6  6 Forms to the Administrative Office.
7      Nothing contained in this Order shall be considered a
8  dismissal or disposition of this action, and, should further
9  proceedings become necessary or desirable, any party may initiate
10 it in the same manner as if this Order had not been entered.

13      2/15/07
14 Dated _____

CLAUDIA WILKEN
United States District Judge