IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIPEFITTERS LOCAL 522 & 633 PENSION TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JDS UNIPHASE CORPORATION ET AL, <br><br> Defendants. <br>_____ | No. 02-1486 CW |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> JDS UNIPHASE CORPORATION, et al., <br><br> Defendants <br>_____/ | No. 07-0584 CW <br><br> ORDER VACATING CONSOLIDATION AS TO C-02-1486 AND C-07-0584 |

On March 22, 2007, the Court issued an Order Granting Plaintiff Central States, Southeast and Southwest Areas Pension Fund's Motion for Partial Relief from the Court's February 14 Related Case Order and February 15 Consolidation Order.  Pursuant to that Order,

IT IS HEREBY ORDERED that the two above-captioned cases are no

longer consolidated. The Court's previous Order administratively closing C-07-00584 CW is vacated, and the case is hereby reopened. All documents relating to C-07-00584 CW shall be filed in that case. Any discovery disputes in C-07-00584 CW shall continue to be referred to Magistrate Judge Elizabeth D. Laporte.

5/3/07
Dated _____

_____
CLAUDIA WILKEN
United States District Judge

cc:  Wings; EDL

2