1  [COUNSEL LISTED ON SIGNATURE PAGES]
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10                                 OAKLAND DIVISION
11

12  CENTRAL STATES, SOUTHEAST AND                Master File No. C-07-0584 CW (EDL)
    SOUTHWEST AREAS PENSION FUND,
13                                               **STIPULATION AND ORDER RE
              Plaintiff,                         CONFIDENTIALITY**
14
    v.
15
    JDS UNIPHASE CORPORATION, JOZEF
16  STRAUS, KEVIN N. KALKHOVEN,
    ANTHONY R. MULLER, and CHARLES
17  J. ABBE,

18            Defendants.

19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER REGARDING CONFIDENTIALITY
MASTER FILE NO. C-07-0584 CW (EDL)

sf-2308917

WHEREAS Plaintiff Central States, Southeast and Southwest Areas Pension Fund ("Central States") has opted out of the class certified in by the Court in *In re JDS Uniphase Corporation Securities Litigation*, Master File No. C-02-1486 CW (EDL) (the "Related Class Action");

WHEREAS Central States has filed this action, which arises from the same facts and circumstances as the Related Class Action;

WHEREAS Central States is seeking discovery that was produced in the Related Class Action;

WHEREAS certain discovery in the Related Class Action was produced subject to the Court's September 21, 2005 Order Regarding Confidentiality (the "Confidentiality Order" (copy attached as Exhibit 1)); and

WHEREAS the parties agree that Central States should be added as a party to the Confidentiality Order in the Related Class Action;

IT IS HEREBY STIPULATED by and between the parties in this action and the Related Class Action, through their counsel of record, that:

1. Central States shall be deemed a party to the Confidentiality Order;

2. The Confidentiality Order shall be deemed to apply to Central States' case;

3. All parties shall be bound by the Confidentiality Order's provisions, except as modified below. To the extent Central States has requested or requests from defendants non-party discovery produced in the Related Class Action subject to the Confidentiality Order, the following procedure shall be followed:

   a. Within 10 days of Central States' request (or, with respect to Central States' existing document requests, no later than 10 days from entry of this proposed order), defendants shall provide Central States with a list of the non-parties whose documents, testimony, or other discovery materials are called for in Central States' request. The list shall specify whether defendants have contact information for the non-parties on the list.

      b. Central States shall specify the non-parties identified on the list described in paragraph 3(a), above, whose documents, testimony, or other discovery materials Central States wishes to obtain.

      c. To the extent defendants have contact information for non-parties identified pursuant to paragraph 3(b), above, defendants shall notify the relevant non-parties in writing about Central States' request. The notice may be sent by U.S. Mail and shall be sent no later than 7 days after Central States identifies non-parties pursuant to paragraph 3(b), above. The notice shall include a copy of the Confidentiality Order and tell the relevant non-parties that they have 21 days from the date of the notice to object to the Central States' request. Documents, testimony, or other discovery materials produced by the relevant non-parties shall not be produced to Central States until either the 21-day period for objecting has passed or any objections by the relevant non-parties have been resolved, whichever is later.

      d. To the extent defendants do not have contact information for the non-parties identified pursuant to paragraph 3(b), above, the parties in the Central States case shall meet and confer to determine the most efficient way to provide the notice described in paragraph 3(c), above — including which party shall provide the notice.

4.     For the purposes of defendants' responses to discovery served in the Central States case only, this order shall supersede the Confidentiality Order's provisions with respect to notifying non-parties about requests for discovery that the non-parties produced in the Related Class Action.

| | |
|---|---|
| Dated: May 4, 2007 | JORDAN ETH<br>TERRI GARLAND<br>PHILIP T. BESIROF<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>By: _____/s/ Jordan Eth_____<br>    Jordan Eth<br>Attorneys for Defendants<br>JDS Uniphase Corporation,<br>Charles J. Abbe, Jozef Straus, and Anthony Muller |
| Dated: May 4, 2007 | MICHAEL J. SHEPARD<br>HOWARD S. CARO<br>HELLER EHRMAN LLP<br>333 Bush Street<br>San Francisco, California  94104-2878<br><br>MICHAEL L. CHARLSON<br>HELLER EHRMAN LLP<br>275 Middlefield Road<br>Menlo Park, California  94025-3506<br><br>By: _____/s/ Howard S. Caro_____<br>    Howard S. Caro<br><br>Attorneys for Defendant<br>Kevin Kalkhoven |

STIPULATION AND [PROPOSED] ORDER REGARDING CONFIDENTIALITY
MASTER FILE NO. C-07-0584 CW (EDL)

sf-2308917

4

Dated: May 4, 2007

        LERACH COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
        CHRISTOPHER P. SEEFER
        JASON C. DAVIS


By:     /s/ Christopher P. Seefer
        Christopher P. Seefer

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
SPENCER A. BURKHOLZ
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiff Central States,
Southeast and Southwest Areas Pension Fund

Dated: May 4, 2007

JOSEPH T. TABACCO, JR.
CHRISTOPHER T. HEFFELFINGER
BERMAN DeVALERIO PEASE
     TABACCO BURT & PUCILLO
425 California Street
San Francisco, CA 94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

BARBARA J. HART
JONATHAN M. PLASSE
ANTHONY HARWOOD
MICHAEL W. STOCKER
JON ADAMS

STIPULATION AND [PROPOSED] ORDER REGARDING CONFIDENTIALITY
MASTER FILE NO. C-07-0584 CW (EDL)

5

sf-2308917

```
                                    LABATON SUCHAROW &
                                       RUDOFF LLP
                                    100 Park Avenue
                                    New York, NY 10017-5563
                                    Telephone: (212) 907-0700
                                    Facsimile: (212) 818-0477


                                    By:      /s/ Anthony Harwood
                                             Anthony Harwood
                                          Counsel for Lead Plaintiff
                                          Connecticut Retirement Plans
                                          and Trust Funds
```

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  \_\_\_5/8\_\_\_, 2007

_____
HONORABLE CLAUDIA WILKEN
United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING CONFIDENTIALITY
MASTER FILE NO. C-07-0584 CW (EDL)

6

sf-2308917

1 | I, Jordan Eth, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Re Confidentiality. In compliance with General Order 45, X.B., I hereby attest that Howard S. Caro, attorney for Kevin Kalkhoven, Christopher P. Seefer, attorney for Central States, Southeast and Southwest Areas Pension Fund , and Anthony Harwood, attorney for Lead Plaintiff, have concurred in this filing.

Dated: May 4, 2007

MORRISON & FOERSTER LLP

By:     /s/ Jordan Eth
Jordan Eth
Attorneys for Defendants
JDS Uniphase Corporation,
Charles J. Abbe, Jozef Straus, and Anthony Muller