[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>JDS UNIPHASE CORPORATION, JOZEF STRAUS, KEVIN N. KALKHOVEN, ANTHONY R. MULLER, and CHARLES J. ABBE,<br><br>Defendants. | Master File No. C-07-0584 CW (EDL)<br><br>**REVISED STIPULATION AND ORDER REGARDING CASE MANAGEMENT** |

WHEREAS, on May 3, 2007, the Court entered a Minute Order and Case Management Order that established a schedule for this case;

WHEREAS this case arises from facts and circumstances at issue in *In re JDS Uniphase Corporation Securities Litigation*, Master File No. C-02-1486 CW (EDL) (the "Related Class Action");

WHEREAS post-trial proceedings have not concluded and judgment has not been entered in the Related Class Action;

WHEREAS the final disposition of the Related Class Action might affect proceedings in this case;

WHEREAS the parties in this case believe that certain deadlines set in the Court's May 3, 2007 order should be extended to promote efficiency in this case;

IT IS HEREBY STIPULATED by and between the parties in this action, through their counsel of record, that:

1. The deadline for completion of fact discovery shall be changed from February 15, 2008, to May 16, 2008;

2. The deadline for disclosing the identities and reports of expert witnesses shall be changed as follows:

    a. Opening: from May 2, 2008, to August 8, 2008;

    b. Rebuttal: from June 6, 2008, to September 12, 2008;

3. The deadline for completion of expert discovery shall be changed from July 3, 2008, to October 10, 2008;

4. All case dispositive motions shall be heard at 2:00 p.m. on or before January 29, 2009. A case management conference also will take place on January 29, 2009, regardless of whether any dispositive motions are heard that day. (In the Court's May 3, 2007 order, the deadline for hearing dispositive motions was October 23, 2008. In the same order, the Court also scheduled a case management conference for October 23, 2008.);

1      5.      The date of the final pre-trial conference shall be changed from January 13, 2009, to 2:00 p.m. on April 21, 2009;

     6.      The trial date shall be changed from January 26, 2009 to May 11, 2009; and

     7.      The case management conference set for October 23, 2008, in the Court's May 3, 2007 order shall be taken off calendar.

Dated: January 15, 2008

                              JORDAN ETH
                              TERRI GARLAND
                              PHILIP T. BESIROF
                              DOROTHY L. FERNANDEZ
                              MORRISON & FOERSTER LLP
                              425 Market Street
                              San Francisco, CA 94105-2482
                              Telephone: (415) 268-7000
                              Facsimile: (415) 268-7522
                              Email: jeth@mofo.com


By:         /s/ Jordan Eth
           Jordan Eth
     Attorneys for Defendants
     JDS Uniphase Corporation,
     Charles J. Abbe, Jozef Straus, and Anthony Muller

Dated: January 15, 2008

        MICHAEL J. SHEPARD
        HOWARD S. CARO
        HELLER EHRMAN LLP
        333 Bush Street
        San Francisco, California  94104-2878
        Email:  howard.caro@hellerehrman.com

        MICHAEL L. CHARLSON
        HELLER EHRMAN LLP
        275 Middlefield Road
        Menlo Park, California  94025-3506


       By:   /s/ Howard S. Caro
          Howard S. Caro

        Attorneys for Defendant
        Kevin Kalkhoven

Dated: January 15, 2008

                                  COUGHLIN STOIA GELLER
                                      RUDMAN & ROBBINS LLP
                                CHRISTOPHER P. SEEFER
                                JASON C. DAVIS

                                By:      /s/ Christopher P. Seefer
                                          Christopher P. Seefer

                                100 Pine Street, Suite 2600
                                San Francisco, CA 94111
                                Telephone: 415/288-4545
                                415/288-4534 (fax)
                                Email: chriss@csgrr.com

                                COUGHLIN STOIA GELLER
                                      RUDMAN & ROBBINS LLP
                                WILLIAM S. LERACH
                                SPENCER A. BURKHOLZ
                                655 West Broadway, Suite 1900
                                San Diego, CA 92101
                                Telephone: 619/231-1058
                                619/231-7423 (fax)

                                Attorneys for Plaintiff Central States,
                                Southeast and Southwest Areas Pension Fund

        PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 15, 2008

                                /s/ Claudia Wilken
                                HONORABLE CLAUDIA WILKEN
                                United States District Judge