COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER (201197)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
chriss@csgrr.com
dpfefferbaum@csgrr.com
     –and–
SPENCER A. BURKHOLZ (147029)
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
spenceb@csgrr.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br><br>Plaintiff<br><br>vs.<br><br>JDS UNIPHASE CORPORATION, et al.,<br><br>Defendants. | No. C-07-0584-CW<br><br>STIPULATION AND ORDER REGARDING CASE MANAGEMENT |

1  WHEREAS, on May 3, 2007, the Court entered a Minute Order and Case Management Order that established a schedule for this case;

3  WHEREAS, on January 15, 2008, the Court approved a revised schedule for this case submitted by the parties;

5  WHEREAS, this case arises from facts and circumstances at issue in *In re JDS Uniphase Corp. Sec. Litig.*, Master File No. C-02-1486 CW (EDL) (the "Related Class Action");

7  WHEREAS, to conserve the resources of the Court and the parties and to promote efficiency, the parties deferred certain discovery activities pending the resolution of the Related Class Action, including the determination of whether any appeal would be filed from the judgment in that Action;

10  WHEREAS, the parties believe a revised case schedule is necessary to afford the parties adequate time to complete fact discovery.

12  IT IS HEREBY STIPULATED by and between the parties in this action, through their counsel of record, that:

14  1.  The deadline for completion of fact discovery shall be changed from May 16, 2008 to November 21, 2008;

16  2.  The deadline for disclosing the identities and reports of expert witnesses shall be changed as follows:

18  (a)  Opening:  From August 8, 2008 to February 13, 2009;

19  (b)  Rebuttal:  From September 12, 2008 to March 20, 2009.

20  3.  The deadline for completion of expert discovery shall be changed from October 10, 2008 to April 17, 2009;

22  4.  All case dispositive motions shall be heard at 2:00 p.m. on or before July 23, 2009. A case management conference will also take place on July 23, 2009, regardless of whether any dispositive motions are heard that day.  (In the Court's January 15, 2008 Order, the deadline for hearing dispositive motions was January 29, 2009.  In the same Order, the Court also scheduled a case management conference for January 29, 2009.)

27  5.  The date of the final pre-trial conference shall be changed from April 21, 2009 to October 20, 2009; and

STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT -
C-07-0584-CW                                                                                              - 1 -

6. The trial date shall be changed from May 11, 2009 to November 9, 2009.

DATED:  April 16, 2008                         COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
   CHRISTOPHER P. SEEFER
   DANIEL J. PFEFFERBAUM


               /s/
   CHRISTOPHER P. SEEFER

   100 Pine Street, Suite 2600
   San Francisco, CA  94111
   Telephone:  415/288-4545
   415/288-4534 (fax)

   COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
   SPENCER A. BURKHOLZ
   655 West Broadway, Suite 1900
   San Diego, CA  92101
   Telephone:  619/231-1058
   619/231-7423 (fax)

   Attorneys for Plaintiff

DATED:  April 16, 2008                         MORRISON & FOERSTER LLP
   JORDAN ETH
   TERRI GARLAND
   PHILIP T. BESIROF
   DOROTHY L. FERNANDEZ


               /s/
   TERRI GARLAND

   425 Market Street
   San Francisco, CA  94105-2482
   Telephone:  415/268-7000
   415/268-7522 (fax)

   Attorneys for Defendants
   JDS Uniphase Corporation, Charles J. Abbe,
   Jozef Straus, and Anthony Muller

DATED:  April 16, 2008                         HELLER EHRMAN LLP
   MICHAEL J. SHEPARD
   HOWARD S. CARO


               /s/
   HOWARD S. CARO

|   |   |
|---|---|
| 1 | |
| 2 | 333 Bush Street<br>San Francisco, CA  94104-2878<br>Telephone:  415/772-6000 |
| 3 | 415/772-6268 (fax) |
| 4 | HELLER EHRMAN LLP<br>MICHAEL L. CHARLSON |
| 5 | 275 Middlefield Road<br>Menlo Park, CA  94025 |
| 6 | Telephone:  650/324-7000<br>650/324-0638 (fax) |
| 7 | |
| 8 | Attorneys for Defendant<br>Kevin Kalkhoven |

9  I, Christopher P. Seefer, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Case Management.  In compliance with General Order 45, X.B., I hereby attest that Terri Garland and Howard S. Caro have concurred in this filing.

                                              /s/
                                    CHRISTOPHER P. SEEFER


                        *     *     *

# O R D E R

   PURSUANT TO STIPULATION,

   IT IS SO ORDERED.

DATED:  __4/18/08_____     _____
                                            THE HONORABLE CLAUDIA WILKEN
                                            UNITED STATES DISTRICT JUDGE

T:\CasesSF\JDS Uniphase Private\STP00050591.doc

STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT -
C-07-0584-CW                                                                          - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 16, 2008.

/s/
CHRISTOPHER P. SEEFER

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:Chriss@csgrr.com